| | |
|---|---|
| **WANG, HARTMANN & GIBBS, P.C.**<br>Richard F. Cauley (SBN: 109194)<br>Erick P. Wolf (SBN: 224906)<br>Larry E. Severin (SBN: 223409)<br>1301 Dove Street, Suite 1050<br>Newport Beach, CA 92660<br>Tel: (949) 833-8483<br>Fax: (949) 833-2281<br><br>Attorneys for Defendants JustCom Tech, Inc, RATOC Systems, Inc. and RATOC Systems International, Inc. | **AKIN GUMP STRAUSS HAUER & FIELD, LLP**<br>Yitai Hu (California admission pending)<br>Ming-Tao Yang (SBN: 221295)<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>Tel: (650) 838-2000<br>Fax: (650) 838-2001<br><br>Attorneys for Plaintiff ATEN International Co., Ltd. |

**HELLER EHRMAN LLP**
Catherine Shiang (State Bar No. 218086)
275 Middlefield Road
Menlo Park, CA 94025
Tel: (650) 324-7000
Fax: (650) 324-0638

Attorneys for Defendant
EMINE Technology Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD., a Taiwanese corporation<br><br>Plaintiff,<br><br>vs.<br><br>EMINE TECHNOLOGY CO., LTD., a Taiwanese corporation; JUSTCOM TECH, INC., a California corporation; RATOC SYSTEMS, INC., a Japanese corporation; and RATOC SYSTEMS INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendants. | Case No.: C07-00012 BZ MJJ<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659** |

Having considered the Joint Motion for Stay, the supporting and opposing papers, the pleadings and papers on file with the Court, and the arguments of counsel, if any, and good cause appearing therefore, the Court finds that the Defendants in this action are also Respondents in a

1

[ ~~PROPOSED~~] ORDER RE JOINT MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659

proceeding before the United States International Trade Commission involving the same issues involved in this action and that Defendants, as well as Plaintiff, have timely requested for a stay of the action before this Court in accordance with 28 U.S.C. § 1659.

IT IS HEREBY ORDERED that Defendants EMINE Technology Co., Ltd., JustCom Tech, Inc., and Plaintiff ATEN International Co. Ltd.'s Joint Motion for Stay is GRANTED. All proceedings in this action are hereby STAYED pending final determination of the United States International Trade Commission.

Dated: Feb. 6, 2007

By: *[signature: Martin J. Jenkins]*
Judge of the United States District Court, Northern District of California

[ ~~PROPOSED~~ ] ORDER RE JOINT MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659

# PROOF OF SERVICE [CCP 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California, am over the age of eighteen (18), and not a party to the within action. My business address is: 1301 Dove Street, Suite 1050, Newport Beach, California 92660.

On January 24, 2007 I served the foregoing document, described as

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR STAY PURSUANT TO 28 U.S.C. § 1659**

on the interested parties in this action

XXX     by placing the true copies thereof (or the original where required by law) enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Yitai Hu<br>Ming Tao Yang<br>AKIN GUMP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 400<br>Palo Alto, CA 94306<br>*Attorneys for ATEN International* | Catherine Shiang<br>HELLER EHRMAN<br>275 Middlefield Road<br>Menlo Park, CA 94025<br>*Attorney for Emine Technology* |

XXX     BY U.S. MAIL - I caused such envelope to be deposited in the United States Mail, First Class Postage Prepaid at Newport Beach, California on January 24, 2007.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service on that same day, in the ordinary course of business. I am aware that on motion of the parties served, service is presumed invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing in the affidavit.

XXX     I declare that I am employed in the office of a member of the Bar of this Court, at whose discretion the service was made.

XXX     I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed on January 24, 2007, at Newport Beach, California.

*Kelly Floyd*
Kelly Floyd