IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATEN INTERNATIONAL CO., LTD.,

    Plaintiff,

  v.

EMINE TECHNOLOGY CO., LTD., ET AL,

    Defendant.
_____/

No. C 07-00012 JSW

**ORDER REQUIRING JOINT STATUS REPORTS**

On February 15, 2008, this matter was reassigned to this Court. On February 6, 2007, the Honorable Martin J. Jenkins issued an Order granting a joint motion to stay this action pending a decision by the United States International Trade Commission ("ITC"). There has been no further activity in this case.

Accordingly, the Court HEREBY ORDERS the parties to file a joint status report setting forth the status of the proceedings before the ITC by no later than March 7, 2008. The Court FURTHER ORDERS the parties to file joint status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: February 20, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE