| | |
|---|---|
| Yitai Hu (SBN 248085) | Richard F. Cauley (SBN 109194) |
| Ming-Tao Yang (SBN 221295) | Erick P. Wolf (SBN 224906) |
| AKIN GUMP STRAUSS HAUER & FELD LLP | WANG HARTMANN, GIBBS & CAULEY, P.C. |
| Two Palo Alto Square | 1301 Dove Street, Suite 1050 |
| 3000 El Camino Real, Suite 400 | Newport Beach CA 92260 |
| Palo Alto, CA  94306 | Tel: (949) 833-8483 |
| Telephone: (650) 838-2000 | Fax: (949) 833-2281 |
| Facsimile: (650) 838-2001 | |
| (myang@akingump.com) | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |
| ATEN INTERNATIONAL CO., LTD. | JUSTCOM TECH, INC., |
| | RATOC SYSTEMS, INC., and RATOC |
| | SYSTEMS INTERNATIONAL, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATEN INTERNATIONAL CO., LTD., a Taiwanese corporation, | **CASE NO.  C 07-00012 JSW** |
| Plaintiff, | |
| v. | **STIPULATED [PROPOSED] CONSENT JUDGMENT ORDER** |
| EMINE TECHNOLOGY CO., LTD., a Taiwanese corporation; JUSTCOM TECH, INC., a California corporation; RATOC SYSTEMS, INC., a Japanese corporation; and RATOC SYSTEMS INTERNATIONAL, INC., a Delaware corporation, | |
| Defendants. | |

Plaintiff ATEN International Co., Ltd. ("ATEN") is the owner of United States Patent No. 7,035,112 ("the '112 patent"). On January 7, 2007, ATEN filed suit against Emine Technology Co., Ltd., JustCom Tech, Inc. ("JustCom") and RATOC Systems, Inc. and RATOC Systems International, Inc. for infringement of the '112 patent. ATEN and JustCom (collectively "the Settling Parties") have resolved the disputes between them and have agreed upon a settlement. Accordingly, the Settling Parties consent to the entry of the following judgment:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is entered for the plaintiff ATEN against JustCom. Each party shall bear its own costs and attorneys' fees associated with litigation of this matter prior to the entry of this Stipulated Consent Judgment Order ("Order").

2. ATEN is the owner and assignee of all rights, title, and interest in and to the '112 patent.

3. JustCom admits and stipulates that the '112 patent is valid and enforceable.

4. JustCom admits and stipulates that it has directly or indirectly infringed one or more claims of the '112 patent by making, using, selling, offering to sale, and/or importing computer console ("KVM") switches accused of infringement in this action, including at least JustCom's products bearing the model numbers of JC-102CMA, JC-102CP, JC-102CPA, and JC-102CUA.

5. ATEN grants JustCom a license of the '112 patent pursuant to a Confidential Settlement Agreement between ATEN and JustCom.

6. This Court has and retains jurisdiction over the Settling Parties to this action, the subject matter of this litigation, and any action to enforce or modify this Consent Judgment or the Confidential Settlement Agreement.

7. In any suit to enforce the terms of this Order, the party seeking enforcement shall be entitled to reasonable attorneys' fees and costs if that party demonstrates that the other party has violated the term(s) of this Order.

Dated: June 6, 2008

Respectfully submitted,

Ming-Tao Yang
AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
    Ming-Tao Yang

Attorneys for Plaintiff
ATEN International Co., Ltd.

Dated: June 6, 2008

Respectfully submitted,

Erick P. Wolf
WANG HARTMANN, GIBBS & CAULEY, P.C.

By _____/s/_____
    Erick P. Wolf

Attorneys for Defendants
JUSTCOM Tech, Inc., RATOC Systems, Inc., and RATOC Systems International, Inc.

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Erick P. Wolf.

Dated: June 6, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/_____
    Ming-Tao Yang

Attorneys for Plaintiff
ATEN International Co., Ltd.

**ORDER**

Based upon the foregoing Stipulation of counsel and good cause appearing therefor, IT IS SO ORDERED.

Dated: June 9, 2008

_____
Honorable Jeffrey S. White
United States District Judge