E-Filing

08 JUN 13 PM 3:02

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

ATEN INTERNATIONAL CO., LTD., a Taiwanese corporation,

               Plaintiff(s),

v.

EMINE TECHNOLOGY CO., LTD., a Taiwanese corporation, et al.,

               Defendant(s).

CASE NO. C 07-00012 JSW

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

    JOSEPH WHITLOCK, an active member in good standing of the bar of the DISTRICT OF COLUMBIA whose business address and telephone number (particular court to which applicant is admitted) is

Heller Ehrman - (202) 912-2000 Phone and (202) 912-2020 Fax
1717 Rhode Island Avenue, NW
Washington, District of Columbia 20036

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendant Emine Technology Co., Ltd.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 1 7 2008

_____
United States District Judge